```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT
```

RAFAEL ORTIZ,                        :
                                     :
    Plaintiff,                      :
                                     :
    v.                              :     CASE NO. 3:12cv1064(RNC)
                                     :
RICHMOND MEDINA, et al.,             :
                                     :
    Defendants.                     :

## ORDER

The plaintiff commenced this pro se action while incarcerated in Connecticut state prison. Mail sent from the court to the plaintiff at the address on the court's docket was returned. (Doc. #16.) A search of the Connecticut Department of Correction website for the plaintiff's inmate number returned no results. Rule 83.1(c)(2) of the Local Civil Rules of the United States District Court for the District of Connecticut requires that "[a]ny party appearing pro se must give an address within the District of Connecticut where service can be made upon him . . . ."

The plaintiff is hereby ORDERED to provide the Clerk of the Court with his current address by **September 30, 2013**. If the plaintiff fails to do so, the undersigned will recommend dismissal of the complaint.

SO ORDERED at Hartford, Connecticut this 13th day of September, 2013.

                                                  _____/s/_____
                                                Donna F. Martinez
                                                United States Magistrate Judge